■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN CARTER, Appellant. (Appeal No. 3.) [836 NYS2d 481]—Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered June 30, 2004. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Martoche, J.P., Lunn, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELISSA BEARD, Also Known as MELISSA MAXFIELD, Appellant. (Appeal No. 1.) [836 NYS2d 470]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered May 19, 2005. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Beard* (41 AD3d 1251 [2007]). Present—Martoche, J.P., Lunn, Peradotto, Green and Pine, JJ.